KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Sarika Singh

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Sarika Singh**,** <br><br> Plaintiff, <br><br> v. <br><br> Bank of America, N.A.**,** <br><br> Defendants. | CASE NO.  3:19-cv-00699-SB <br><br> NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Sarika Singh and defendant Bank of America, N.A. (collectively, the "Parties"), have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Bank of America, N.A. within 60 days once the settlement is finalized.

**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated:  March 19, 2020     By:   */s/ Kyle W. Schumacher*
                                                Kyle W. Schumacher
                                                Attorney for Debtors/Plaintiff

NOTICE OF INTENT TO SETTLE -1-