KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Sarika Singh

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Sarika Singh**,**<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A.**,**<br><br>Defendants. | CASE NO.  3:19-cv-00699-SB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A. |

Plaintiff Sarika Singh, by counsel, and Defendant Bank of America, N.A. ("BANA"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against BANA should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Dated:  May 18, 2020        By:    /s/ Kyle W. Schumacher
                                   Kyle W. Schumacher, Esq.
                                   Perry, Shields, Campbell, Floyd, PLLC
                                   227 N. Loop 1604 E. Ste. 130
                                   San Antonio, TX. 78232
                                   Attorney for Plaintiff

Dated:  May 18, 2020        By:    /s/ Jesus Miguel Palomares
                                   Jesus Miguel Palomares, Esq.
                                   Miller Nash Graham & Dunn LLP
                                   3400 U.S. Bancorp Tower

        111 S.W. Fifth Avenue
        Portland, OR. 97204
        Attorney for Bank of America, N.A.