KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Sarika Singh

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Sarika Singh**,**<br><br>                Plaintiff,<br><br>     v.<br><br>Bank of America, N.A.**,**<br><br>                Defendants. | CASE NO.  3:19-cv-00699-SB<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A. |

# **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

1. All claims of Plaintiffs Sarika Singh against Bank of America, N.A. are dismissed, with prejudice.

///

///

///

///

///

2. Plaintiff Sarika Singh and Defendant Bank of America, N.A. shall each bear their own costs and attorney's fees.

3. IT IS ORDERED that this action is dismissed with prejudice.

DATED: May __18__, 2020.

_____
Hon. Judge Stacie Beckerman
U.S. Magistrate Judge